**No. 46247.**—Protests 909103–G, etc., of M. E. Dey & Co. et al. (Milwaukee, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JUNE 18, 1941

**No. 46248.**—Suit 4317.— —*Dover Shipping Co.* v. *United States.* C. D. 306. Appeal dismissed April 16, 1941; not yet reported.

AUGUST 6, 1941

**No. 46249.**— —*United States* v. *J. A. Freeman & Son.* C. D. 353 reversed. C. A. D. 177.

AUGUST 11, 1941

**No. 46250.**—Suit 4332.— —*Standard Oil Co. of New Jersey* v. *United States.* C. D. 392 affirmed. C. A. D. 174.

BEFORE THE FIRST DIVISION, AUGUST 14, 1941

**No. 46251.**—Protests 585296–G, etc., of Amtorg Trading Corp. et al. (New York).

Opinion by WALKER, J. It was stipulated that the dogskins in question are similar to those the subject of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 46252.**—Protest 58010–K of New York Merchandise Co., Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel that the clothes and hat brushes in question are similar to those the subject of *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30) the claim at 50 percent under paragraph 1506 was sustained.

**No. 46253.**—Protest 10107–K of Burns Lumber Co. (Los Angeles).

Opinion by WALKER, J. It was stipulated that this case is the same as that of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith the protest was sustained as claimed.

**No. 46254.**—Protests 957622–G, etc., of Gellman Bros. et al. (St. Paul, etc.).